[No. 15821.   Department Two.   July 7, 1920.]

IDA M. STOLZE, *Respondent*, v. C. R. STOLZE *et al.*, *Appellants*.[1]

Appeal from a judgment of the superior court for Pierce county, Card, J., entered March 2, 1920, denying a motion to vacate a judgment.   Affirmed.

*Guy E. Kelly* and *Thomas McMahon*, for appellants.
*P. L. Pendleton*, for respondent.

PER CURIAM.—The facts and questions of law involved in this appeal are substantially the same as those involved in the case of *Stolze v. Stolze, ante* p. 398, 191 Pac. 641 (Serial No. 15819). What we said in that case is applicable to this and the disposition of that case must control the disposition of this.   For the reasons given in that case, the judgment here appealed from is affirmed.